| UNITED STATES DISTRICT COURT | | | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:19-CR-45 |
| | § | |
| JAMES ALBERT KNIGHTON | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of his supervised release and waived his right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#6) are ADOPTED. The Court finds that the defendant, James Albert Knighton, violated conditions of supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of six (6) months imprisonment, with credit for any back custody time due in this revocation proceeding. The Court also imposes a new one (1) year term of supervised release to follow upon completion of the prison term. The conditions of supervision will be set forth in a separate revocation judgment.

SIGNED at Beaumont, Texas, this 30th day of June, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE